FILED

2012 SEP 18  PM 2:45

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
TOLEDO

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | I N D I C T M E N T |
| Plaintiff, | ) | |
| | ) | 3: 12 CR 431 |
| v. | ) | CASE NO. _____ |
| | ) | 18 U.S.C. 1591(a)(1) |
| DUANE HILL, | ) | 18 U.S.C. 1591(d) |
| Defendant. | ) | JUDGE JAMES G. CARR |
| | ) | MAG. JUDGE JAMES R. KNEPP II |

COUNT 1

The Grand Jury charges that:

On or about August 8, 2012, in the Northern District of Ohio, Western Division, the

Defendant, DUANE HILL, knowingly recruited, enticed, harbored, transported, provided,

obtained, and maintained by any means, in and affecting interstate commerce, "A.W.," a minor

whose identity is known to the Grand Jury, knowing and in reckless disregard of the fact that

"A.W." had not attained the age of 18 years and that "A.W." would be caused to engage in a

commercial sex act, in violation of Title 18, United States Code, Section 1591(a)(1).

ORIGINAL

## COUNT 2

The Grand Jury further charges that:

On or about September 6, 2012, in the Northern District of Ohio, Western Division, the Defendant, DUANE HILL, did obstruct, attempt to obstruct and interfered with the enforcement of Section 1591 of Title 18, United States Code, by providing false and misleading information to investigators assigned to the Northwest Ohio Violent Crimes Against Children Task Force who were investigating the offense charged in count one of this indictment, in violation Title 18, United States Code, Section 1591(d).

A TRUE BILL.

Original document -Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.

2